### *United States Bankruptcy Court*
### *District of New Hampshire*

In re: Scott C. Prevett,                                    Bk. No 09-10881-MWV
              Debtor                                    Chapter 7

### **ORDER DISMISSING CASE**

This case came on for hearing on April 28, 2009, for an order to show cause for failure to file all required documents (Ct. Doc. No. 4).   The Court directed the filing of all missing documents by May 5, 2009, failing which the case would be dismissed.  The Debtor has failed to file the missing schedules.   Accordingly, this case is hereby DISMISSED.

ENTERED at Manchester, New Hampshire.

DATED:  May 6, 2009

/s/ Mark W. Vaughn
**Mark W. Vaughn**
**CHIEF JUDGE**