*United States Bankruptcy Court*
*District of New Hampshire*

In re: Scott C. Prevett,　　　　　　　　　　　　　　　　　Bk. No 09-10881-MWV
　　　　　Debtor　　　　　　　　　　　　　　　　　　　　Chapter 7

### ORDER DISMISSING CASE

This case came on for hearing on April 28, 2009, for an order to show cause for failure to file all required documents (Ct. Doc. No. 4). The Court directed the filing of all missing documents by May 5, 2009, failing which the case would be dismissed. The Debtor has failed to file the missing schedules. Accordingly, this case is hereby DISMISSED.

ENTERED at Manchester, New Hampshire.

DATED: May 6, 2009　　　　　　　　　　　　　　/s/ Mark W. Vaughn
　　　　　　　　　　　　　　　　　　　　　　　**Mark W. Vaughn**
　　　　　　　　　　　　　　　　　　　　　　　**CHIEF JUDGE**

# CERTIFICATE OF NOTICE

```
District/off: 0102-1              User: jtp                  Page 1 of 1                Date Rcvd: May 06, 2009
Case: 09-10881                    Form ID: pdf956            Total Served: 14

The following entities were served by first class mail on May 08, 2009.
db           +Scott C. Prevett,    PO Box 1273,    Nashua, NH 03061-1273
1970375     ++APPLIED BANK,    PO BOX 15809,    WILMINGTON DE 19850-5809
              (address filed with court:  Applied Bank,    PO Box 10210,    Wilmington, DE 19850)
1970374      +American Home Mortgage,    PO Box 3050,    Columbia, MD 21045-6050
1970376    ++++CAVALRY PORTFOLIO SERVICES, LLC,    7 SKYLINE DR STE 350,    HAWTHORNE NY 10532-2162
              (address filed with court:  Cavalry Portfolio Services, LLC,    7 Skyline Drive, 3rd Floor,
                Hawthorne, NY 10532)
1970377      +Christopher Prevett,    PO Box 1273,    Nashua, NH 03061-1273
1970378      +Citifinanical,    PO Box 70918,    Charlotte, NC 28272-0918
1970379       City of Nashua, Tax Collector,    City Hall, C,S, 2019,    Nashua, NH 03061
1970380      +DirectTV,    PO Box 11732,    Newark, NJ 07101-4732
1970381      +Harmon Law Offices,    150 California Street,    Newton, MA 02458-1005
1970382      +Nashua Waste Water System,    PO Box 3840,    Nashua, NH 03061-3840
1970384      +PSNH,    PO Box 638,    Manchester, NH 03105-0638
1970383      +Pennichuck Water Works,    PO Box 1947,    Merrimack, NH 03054-1947
1970385       Southern NH Medical Center,    PO Box 824,    Nashua, NH 03061-0824
1970386       State Farm Insurance Companies,    PO Box 2746,    Jacksonville, FL 32232-2746

The following entities were served by electronic transmission.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 08, 2009**                         Signature:        _Joseph Speetjens_